**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01394-CMA-MJW

RONALD H. MAST, an individual,

    Plaintiff,

v.

WELLS FARGO HOME LOANS,

    Defendant.

_____

Civil Action No. 09-cv-01780-CMA-KLM

RONALD H. MAST,

    Plaintiff,

v.

EMC MORTGAGE CORPORATION, and
BAC HOME LOANS LP/COUNTRYWIDE HOMES LOANS,

    Defendants.

_____

Civil Action No. 09-cv-01810-CMA-KLM

RONALD H. MAST,

    Plaintiff,

v.

BAC HOME LOANS LP/COUNTRYWIDE HOME LOANS, and
EMC MORTGAGE CORPORATION, and
DOES 1 through 10,

    Defendants.

_____

**ORDER TO CONSOLIDATE CASES AND REASSIGNING MAGISTRATE JUDGE**
_____

This matter comes before the Court *sua sponte*. Pursuant to F.R.Civ.P. 42(a), the Court finds that the above three actions involve common questions of law or fact, including common parties and common claims, before this Court.  The Court finds that consolidation of these thee cases will avoid unnecessary costs and delays.  Therefore, it is

ORDERED that the three actions, 09-cv-01384-CMA-MJW, 09-cv-01780-CMA-KLM, and 09-cv-01810-CMA-KLM, are consolidated.  It is

FURTHER ORDERED that the Clerk of the Court shall REASSIGN Civil Case No. 09-cv-01394-CMA-MJW to Magistrate Judge Kristen L. Mix

DATED:  October 15, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge